PROB 12C
(6/16)

Report Date: February 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfredo Ortiz-Chagolla     Case Number: 0980 2:18CR00027-TOR-1

Address of Offender:                Quincy, WA 98848

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 23, 2018

Original Offense:   Alien in the United States After Deportation, 8 U.S.C. § 1326

Original Sentence:  Prison - 6 months              Type of Supervision: Supervised Release
                    TSR - 12 months

Asst. U.S. Attorney:  Matthew F. Duggan            Date Supervision Commenced: April 3, 2019

Defense Attorney:     David Fletcher               Date Supervision Expires: April 2, 2020

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: Alfredo Ortiz-Chagolla is considered to be in violation of special condition number 1 by returning to the United States without advance legal permission from the United States Attorney General or his designee on or before February 12, 2020, and failed to report to the probation office within 72 hours of reentry.<br><br>Records indicate Alfredo Ortiz-Chagolla was released from the Bureau of Prisons on April 3, 2019, and deported to Mexico on April 16, 2019, through El Paso, Texas.<br><br>According to the Grant County Sheriff's office incident report, a deputy from the sheriff's office stopped a vehicle due to excessive speed on February 12, 2020. During the traffic stop, the driver provided the deputy with an expired Mexican driver's license. The driver was identified through the expired Mexican driver's license as Alfredo Ortiz-Chagolla. The deputy determined Mr. Ortiz-Chagolla did not have a valid Washington State driver's license. |

Prob12C
**Re: Ortiz-Chagolla, Alfredo**
**February 27, 2020**
**Page 2**

The Grant County deputy asked Mr. Ortiz-Chagolla for his current address, to which the offender stated he did not know it. Mr. Ortiz-Chagolla then stated he lived behind the John Deere tractor company in Quincy, Washington. Finally, Mr. Ortiz-Chagolla provided the deputy with an address in Quincy, Washington.

Mr. Ortiz-Chagolla was cited by the Grant County Sheriff's Office for speeding 14 miles per hour over the limit and no valid operator's license with no valid identification on February 12, 2020. The deputy noted the citation was forwarded to the Grant County District Court in Ephrata, Washington, under citation number XZ0277308. Grant County District Court records indicate the citation was paid in full on February 20, 2020.

The Grant County deputy determined Mr. Ortiz-Chagolla was on federal supervision and contacted this officer regarding the traffic stop.

Contact with the United States Immigration and Customs Enforcement confirmed Mr. Ortiz-Chagolla was deported to Mexico on April 16, 2019, through El Paso, Texas.

As of this writing, Mr. Ortiz-Chagolla has not made himself available for supervision and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 27, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

February 27, 2020

Date